**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 116264
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Seung M. Yoo, individually and on behalf of all others similarly situated, | Docket No: 2:19-cv-18647-SDW-LDW |
| Plaintiff, | |
| -against- | |
| Client Services, Inc., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: February 5, 2020

**BARSHAY SANDERS, PLLC**

By: ___/s Craig B. Sanders___
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 116264
*Attorneys for Plaintiff*

So Ordered
this 13th day of Feb. 2020
Susan D. Wigenton, U.S.D.J.